LAWRENCE HENNESSEY, Appellant, *v.* WILLIAM C. COOPER,
Respondent.

(Argued February 1, 1876 ; decided February 8, 1876.)

*C. C. Egan* for the appellant.

*Sidney V. Lowell* for the respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.

---

RICHARD L. HUNTER et al., Executors, etc., Appellants, *v.*
ISAAC D. WETSELL et al., Respondents.

*E. W. Paige* for the appellants.

*Samuel Hand* for the respondents.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.